In the Matter of ROBERT STRATTON, an Infant. MARY J. STRATTON et al., Appellants; WARD STRATTON et al., Respondents.— Order reversed on the law and facts, without costs of this appeal to any party, and proceeding dismissed, without costs. See memorandum filed in companion case of Matter of Stratton (ante, p. 856, decided herewith). All concur. (The order adjudges appellant Frances Wood to be in contempt of court for failing to obey the direction of the court that the infant should not be removed from Steuben County.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CLIFFORD KANNER, Respondent, v. FREDERICK F. GROTZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1059.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

In the Matter of HALTON D. BLY et al., Respondents, against G. ROBERT WITMER et al., Comprising the Town Board of the Town of Webster, Appellants. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 1061.] Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

JACOB E. KAUFFMAN, Respondent, v. LOUIS GOTTLIEB et al., Doing Business under the Name of LOUIS GOTTLIEB & COMPANY, Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied; motion for stay pending application to the Court of Appeals for leave to appeal to the Court of Appeals and determination by the Court of Appeals granted. [See ante, p. 804.] Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

## FIRST DEPARTMENT, FEBRUARY, 1944.

### (February 4, 1944.)

SIMON & WERNER, INC., Respondent, v. DANIEL P. WOOLLEY, as Commissioner of Public Markets of the City of New York, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 902.]

CHARLES WEISS et al., Appellants, v. SADYE GORSCHEN et al., Defendants, and ISIDOR SACKADORF et al., Defendants-Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 902.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM GOLDSTEIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.